**Isabel H. GRIER and The Union & New Haven Trust Company, Administrator of the Estate of Edgar B. Grier, Plaintiffs-Appellees,**

**v.**

**UNITED STATES of America, Defendant-Appellant.**

**No. 126, Docket 23178.**

United States Court of Appeals, Second Circuit.

Argued Jan. 13, 1955.

Decided Jan. 25, 1955.

George F. Lynch, Sp. Asst. to Atty. Gen. (H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack and Robert N. Anderson, Sp. Assts. to Atty. Gen., and Simon S.

Cohen, U. S. Atty., and Robert M. Fitz-Gerald, Asst. U. S. Atty., Hartford, Conn., on the brief), for defendant-appellant.

John H. Weir, New Haven, Conn. (Curtiss K. Thompson, of Thompson, Weir & MacDonald, New Haven, Conn., on the brief), for plaintiffs-appellees.

Before CLARK, Chief Judge, and FRANK and HINCKS, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Smith, D.C.Conn., 120 F.Supp. 395.